IN THE UNITED STATES DISRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA FUTO,    )
                  )
    Plaintiff,    )
                  )    No. 1:10-cv-343
    v.            )
                  )    Hon. Paul L. Maloney
LINCOLN NATIONAL LIFE             )    Chief U.S. District Judge
INSURANCE COMPANY and             )
GROUP LONG TERM DISABILITY        )
INSURANCE FOR EMPLOYEES OF        )
NORTHERN MICHIGAN HOSPITALS,      )
                  )
    Defendants.   )
_____)

Troy W. Haney
HANEY LAW OFFICE, P.C.
330 East Fulton Street
Grand Rapids, Michigan  49503
(616) 235-2300
thaney@troyhaneylaw.com

*Attorney for Plaintiff, Patricia Futo*

Warren von Schleicher (Ill. 6197189)
SMITH, VON SCHLEICHER & ASSOCIATES
39 S. LaSalle St., Suite 1005
Chicago, Illinois 60603
(312) 541-0300
(312) 541-0933 Fax
warren.vonschleicher@svs-law.com

Anthony A. Agosta (P67355)
CLARK, HILL, P.L.C.
500 Woodward Ave., Suite 3500
Detroit, Michigan  48226
(313) 965-8300
aagosta@clarkhill.com

*Attorneys for Defendants, The Lincoln
National Life Insurance Company and
Group Long Term Disability Insurance For
Employees of Northern Michigan Hospitals*

## **ORDER**

This matter having come before this Court on the parties' Stipulation,

IT IS HEREBY ORDERED:

The parties' Stipulation is granted; and

Defendant, Group Long Term Disability Insurance For Employees of Northern Michigan Hospitals, is hereby dismissed, without prejudice.

Dated: May 10, 2010

/s/ Paul L. Maloney
JUDGE