UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA FUTO,

        Plaintiff,

                                        Case No. 1:10-cv-343

v.

                                        HONORABLE PAUL L. MALONEY

LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Lincoln National Life Insurance Company has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Lincoln National Life Insurance Company shall file a corporate disclosure statement within seven (7) days of the date of this order.


Date: May 10, 2010　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge