UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA FUTO,

    Plaintiff,

HONORABLE PAUL L. MALONEY

v.

Case No. 1:10-cv-343

LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER STAYING CASE

This matter is before the Court on stipulation by the parties for a stay of the proceedings (Dkt. Nos. 20 and 22). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that this matter is **STAYED** for 45 days pending further negotiations between the parties concerning case costs and attorney fees.

**IT IS FURTHER ORDERED** that the parties shall file either a **joint** status report apprizing the Court of the status of this action or appropriate closing documents within 45 days of the date of this order.

Date: August 27, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge